# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee ☐

| | |
|---|---|
| Tonja Kalin | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:22-CV-87 |
| Mountain House Motor Inn, LLC d/b/a Mountain House Inn | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mountain House Motor Inn, LLC d/b/a Mountain House Inn
Attn: Kendall Hays
247 Newton Lane
Gatlinburg, TN 37738-3537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward A. Hadley
Brigham A. Dixson
North Pursell & Ramos, PLC
414 Union Street, Ste. 1850
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/10/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MOUNTAIN HOUSE MOTOR INN, LLC
was received by me on *(date)* 3/10/22 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* KENDALL HAYS , who is
designated by law to accept service of process on behalf of *(name of organization)* MOUNTAIN
HOUSE MOTOR INN, LLC on *(date)* 3/11/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/11/22 _____

*Charles H McBee*
*Server's signature*

CHARLES H MCBEE, PROCESS SERVER
*Printed name and title*

P.O. BOX 34
KNOXVILLE TN 37901
*Server's address*

Additional information regarding attempted service, etc: